■ In the Matter of ANDREW CAPOCCIA, an Attorney, Petitioner, v APPELLATE DIVISION, THIRD DEPARTMENT, et al., Respondents. — Motion granted and proceeding dismissed, without

costs. Memorandum: There is no basis for granting an order of prohibition as the Appellate Division, Third Department, has jurisdiction in the disciplinary proceeding. Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Denman, JJ.